# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** July 31, 2025

**CASE OF:** TIMOTHY W. FLETCHER V. STATE OF FLORIDA

**DOCKET NO.:** SC2023-0058

**OPINION FILED:** July 17, 2025

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On p. 31, line 1, "section 921.141(7), Florida Statutes (1993)" was changed to "section 921.141([8]), Florida Statutes [ ]" in the first paragraph.

On p. 31, line 6, "section 921.141(7)" was changed to "section 921.141([8])" in the first paragraph.

**SIGNED: OPINION CLERK**